## 34607. KENT v. TANKERSLEY.

HALL, Justice.

Petitions for contempt were brought by both the appellant and the appellee in the court that awarded them a total divorce and fixed alimony and support for the wife and children (Superior Court of Fannin County). After a hearing the trial court found neither party in contempt but made a slight change in the visitation rights. The appellant's enumerations of error are that there had been no motion to change visitation rights under Code Ann. § 30-127 and that venue was improper for the reason that she was not a resident of Fannin County.

Code Ann. § 30-127 allows modification of visitation rights on the motion of either party or on *the motion of the trial judge* in a contempt proceeding. *Sampson v. Sampson,* 240 Ga. 118 (239 SE2d 519) (1977). The proper court in which to bring the motion is the one in which the original custody order was entered.

*Judgment affirmed. All the Justices concur.*

SUBMITTED FEBRUARY 23, 1979 — DECIDED APRIL 5, 1979.

*Charles E. Moore,* for appellant.
*William I. Sykes, Jr.,* for appellee.